AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Tunheim, John R. | District of Minnesota | 05/15/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

13E United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Norwegian-American Historical Association (nonprofit organization) |
| 2. | Director | Federal Bar Association, Minnesota Chapter |
| 3. | Advisor, Chair | Advisory Board to the Hubert H. Humphrey School of Public Affairs at the University of Minnesota |
| 4. | Regent, Chair | Concordia College, Moorhead, MN |
| 5. | Member | National Advisory Council for Concordia Language Villages, Concordia College, Moorhead, MN |
| 6. | Board Member | Board of Advisors, University of Minnesota Law School, Minneapolis, MN |
| 7. | Member | Corporate Institute Board of Advisors, University of Minnesota Law School |
| 8. | Member | Minnesota Law Review Alumni Advisory Board, Universityo f Minnesota Law School |
| 9. | Council Member | Govt & Public Sector Lawyers Division, American Bar Association |
| 10. | Council Member | Central and European and Eurasian Law Initiative, American Bar Association |
| 11. | Advisory Committee Member | Standing Committee of Law and National Security, American Bar Association |
| 12. | Task Force Chair | Prosecution and Defense Function Standards Task Force, Criminal Justice Section, American Bar Association |
| 13. | Co-Chair | The Fellows of the American Bar Foundation, American Bar Foundation |
| 14. | Board Member and Chair | The Oslo Center for Peace and Human Rights-U.S. Foundation |
| 15. | Member | Board of Trustees for the Oslo Center for Peace and Human Rights - Norway |

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R. | 05/15/2014 |

| 16. | Board Member | The Rand Institute for Civil Justice |
|---|---|---|
| 17. | Executor | Estate #1 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R. | 05/15/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | 2013 | International Foundation for Electoral Systems - compensation (USAID directed and funded) | $9,540.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Self employed Public Relations Consultant |
| 2. | 2013 | Landscape Structures Inc., Delano, MN (Board Member compensation) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | Feb. 7-10 | Dallas, TX | Mid-Year Meeting | Transportation, meals and lodging |
| 2. | American Bar Association, Criminal Justice Section | Jan. 25-27; Nov. 1-3 | Washington, DC | Task Force meeting | Transportation, meals and lodging |
| 3. | American Bar Association, Criminal Justice Section | May 10-12 | Boc Raton, FL | Task Force meeting | Transportation, meals and lodging |
| 4. | American Bar Association | August 7-11 | San Francisco, CA | Annual Meeting | Transportation, meals and lodging |
| 5. | Concordia College | April 25-27 | Moorhead, MN | Meeting | Transportation and lodging |
| 6. | Concordia College | Jan 17-19; May 16-18; Sept. 26-28 | Moorhead, MN | Board Meeting | Transportation, meals and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R. | 05/15/2014 |

| 7. | American Conference Institute | Jan. 31-Feb. 1; Dec. 9-11 | New York, NY | Class Actions CLE (teach); Medical Device CLE (teach) | Transporation and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R. | 05/15/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Hiway Federal Credit Union Accounts | A | Interest | J | T | | | | | |
| 2. State of Minnesota Deferred Compensation Account | A | Int./Div. | J | T | | | | | |
| 3. Honeywell Retirement Benefit Plan | A | Int./Div. | M | T | | | | | |
| 4. Atlas Energy for the Nineties Public Officer #4 (Y) | | | | | | | | | |
| 5. Wells Fargo Bank Accounts | A | Interest | K | T | | | | | |
| 6. Schwab Advisory Cash Reserve | | None | J | T | | | | | |
| 7. American Funds: American Balanced Fund C1 F | C | Dividend | M | T | Buy (add'l) | 5/28/13 | J | | |
| 8. American Funds: Washington Mutual Investors | B | Dividend | K | T | | | | | |
| 9. American Funds: Investment Co of America C1 F | C | Dividend | K | T | Buy (add'l) | 5/28/13 | J | | |
| 10. Baron Asset | | None | | | Sold | 5/28/13 | K | B | |
| 11. Hartford MidCap C1 I | B | Dividend | K | T | Buy | 5/28/13 | K | | |
| 12. American Funds: Capital World Growth & Income | B | Dividend | K | T | Buy (add'l) | 5/28/13 | J | | |
| 13. Royce Total Return | B | Dividend | K | T | | | | | |
| 14. American Funds: New World Fund | A | Dividend | J | T | Sold (part) | 5/28/13 | J | A | |
| 15. American Funds: Capitol Income Builder | B | Dividend | | | Buy (add'l) | 5/28/13 | J | | |
| 16. | | | | | Sold | 11/26/13 | K | C | |
| 17. BlackRock Global Allocation C1 A | B | Dividend | K | T | Buy | 11/26/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 11/26/13 | J | | |
| 19. Schwab Advisor Cash Reserve | | None | J | T | | | | | |
| 20. American Funds: Growth Fund of America | B | Dividend | K | T | | | | | |
| 21. American Funds: Investment Co. of America C1 R3 | B | Dividend | K | T | | | | | |
| 22. American Funds: EuroPacific Fund | A | Dividend | J | T | | | | | |
| 23. American Funds: American Balanced CL R3 | A | Dividend | K | T | | | | | |
| 24. American Funds: Bond Fund of America | A | Dividend | K | T | | | | | |
| 25. Vanguard Selected Value | B | Dividend | K | T | Buy (add'l) | 5/28/13 | J | | |
| 26. Dodge & Cox Income | A | Dividend | | | Sold | 5/28/13 | J | A | |
| 27. American Funds: Bond Fund of America Cl a [edj] | A | Dividend | J | T | | | | | |
| 28. American Funds: Capital Incom Bldr Fund A [edj] | A | Dividend | J | T | | | | | |
| 29. American Funds: Capital World Grw & Inc Fund A[edj] | A | Dividend | J | T | | | | | |
| 30. American Funds: Washington Mutual Invs Fd Cl A [edj] | A | Dividend | J | T | | | | | |
| 31. Estate #1 (Y) | | | | | | | | | |
| 32. - ▓▓▓ farmland, Marshall County, MN ($90,000) (Y) | | | | | | | | | |
| 33. - townhome, Pelican Rapids, MN ($75,000) (Y) | | | | | | | | | |
| 34. Thrivent Financial for Lutherans: Deferred Income | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. farmland, Marshall County, MN (X) | | None | K | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R. | 05/15/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, page 6, line 4 - Atlas Energy for the Nineties Public Officer #4 account was liquidated on 12/31/13 and had no value.

Part VII, page 6, line 7 - American Funds: American Balanced Fund C1 F - Type was inadvertently listed as "SOLD" on the Financial Disclosure Report for Calendar Year 2012. That entry should have been "SOLD part"

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John R. Tunheim**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544